TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JOSEPH S. GREEN (Cal. Bar No. 251169)
Assistant United States Attorney
    880 Front Street
    San Diego, California 92101
    Telephone: (619) 546-6955
    E-mail:   joseph.green@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>BRIAN JAVAADE MESHKIN (1),<br>STEVEN SAMUEL FICHTELBERG (2),<br>KIRT THOMAS PFAFF (3),<br>BRUCE WALTER GARDNER (4),<br>DANIEL RONALD KENDALL (5),<br>ABRAHAM ALAN CHERRICK (6),<br>LESTER ALAN ZUCKERMAN (7),<br>ASSAF TZUR GORDON (8),<br>OSSAMA ANTOINE JAWHAR (9),<br><br>       Defendants. | No. 8:21-CR-00112-JLS<br><br><u>STIPULATION REGARDING REQUEST TO<br>(1) CONTINUE TRIAL DATES, AND<br>(2) FIND EXCLUDABLE TIME PERIODS<br>PURSUANT TO SPEEDY TRIAL ACT</u><br><br>**CURRENT TRIAL DATES**:<br>September 7, 2021<br>(September 28, 2021 for defendant Zuckerman (7))<br><br>**PROPOSED TRIAL DATE**:<br>October 25, 2022 |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Joseph S. Green, and all Defendants, BRIAN JAVAADE MESHKIN (1), by and through his counsel, Jason de Bretteville and Shawn Collins, STEVEN SAMUEL FICHTELBERG (2), by and through his counsel, Ismail Ramsey, KIRT THOMAS PFAFF (3), by and through his counsel, Frank Sanchez, BRUCE WALTER GARDNER (4), by and through his counsel Karen L. Goldstein, DANIEL RONALD KENDALL (5),

by and through his counsel, Steven M. Bauer, Jake Ryan, and Katherine Sawyer, ABRAHAM ALAN CHERRICK (6), by and through his counsel, Thomas W. McNamara and Sanjay Bhandari, LESTER ALAN ZUCKERMAN (7), by and through his counsel, Janet I. Levine and Dwight P. Bostwick, ASSAF TZUR GORDON (8), by and through his counsel, Thomas H. Bienert, Jr., John Littrell, and Alexis P. Federico, and OSSAMA ANTOINE JAWHAR (9), by and through his counsel, Philip C. Tencer and Isaac Blumberg)("defendants"), hereby stipulate as follows below.

**I.   STIPULATION**

1. The Indictment in this case was filed on June 9, 2021. Defendants Meshkin (1), Fichtelberg (2), Pfaff (3), Gardner (4), Kendall (5), Cherrick (6), Gordon (8), and Jawhar (9) first appeared before a judicial officer of the court in which the charges in this case were pending on July 12, 2021. Defendant Zuckerman (7) first appeared before a judicial officer of the court in which charges in this case were pending on August 2, 2021. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that, for all defendants other than defendant Zuckerman, the trial commence on or before September 20, 2021 and for defendant Zuckerman on or before October 11, 2021.

2. On July 12, 2021, for all defendants except defendant Zuckerman, the Court set a trial date of September 7, 2021 and a pretrial conference date of August 27, 2021. On August 2, 2021, this Court set a trial date of September 28, 2021 and a pretrial conference of September 17, 2021 for defendant Zuckerman. All parties appeared before the court for a status conference on August 27, 2021.

3. All defendants except defendant Gardner are released on personal recognizance pending trial. Defendant Gardner is released on

an unsecured bond pending trial. The parties estimate that the trial in this matter will last approximately 3-6 weeks. All defendants are joined for trial and a severance has not been granted though some defendants anticipate filing such a motion.

4. By this stipulation, defendants move to vacate the current trial dates of September 7, 2021 (as set for all defendants except defendant Zuckerman (7)), the Zuckerman trial date of September 28, 2021, and the Zuckerman September 17, 2021 status conference, and set a trial date of October 25, 2022, at 9:00 a.m. and a status conference on September 23, 2022, at 11:30 a.m. for all defendants.

5. Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

    a. All defendants are charged with a violation of 18 U.S.C. § 371: Conspiracy to Defraud the United States and to Solicit, Receive, Offer, and Pay Illegal Remunerations. Defendants Meshkin, Fichtelberg, Pfaff, and Jawhar are charged with violations of 42 U.S.C. § 1320a-7b(b)(2)(B): Offering and Paying Illegal Remunerations. Defendants Kendall, Cherrick, Zuckerman, and Gordon are charged with violations of 42 U.S.C. § 1320a-7b(b)(1)(B): Soliciting and Receiving Illegal Remunerations. To date, the government has produced approximately 180 GB of electronically stored information, including bank records, email, medical records, the results of a search warrant of the offices of Proove Biosciences, and other discovery, and approximately 14 GB of FBI and HHS-OIG reports, including witness and CHS statements, and numerous recordings. Discovery which remains outstanding includes approximately 300 boxes of paper files seized from the search of the

offices of Proove Biosciences which are being scanned for electronic production and email from approximately 11 accounts which are undergoing a filter for privileged materials. The government will continue to produce additional discovery as it is identified.

  b. Due to the nature of the prosecution, the number of defendants, and the voluminous discovery produced, and yet to be produced, to defendants, this case is so unusual and so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the Speedy Trial Act time limits.

  c. In light of the foregoing, counsel for defendants also represent that additional time is necessary to confer with defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.

  d. Defense counsel represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e. Defendants believe that failure to grant the continuance will deny them adequate representation.

  f. The government joins in the request to vacate the existing trial dates and schedule a trial date for October 25, 2022, and status conference on September 23, 2022.

  g. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the

4

attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

6. For purposes of computing the date under the Speedy Trial Act by which defendants' trial must commence, the parties agree that the time period of September 7, 2021 (and September 28, 2021 for defendant Zuckerman) to the date of the October 25, 2022 trial, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(ii) because the delay results from a continuance granted by the Court at the joint request of the defendants' and the government, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) the case is so unusual and so complex, due to the nature of the prosecution and the number of defendants, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

//
//
//
//
//
//
//

## II. CONCLUSION

7. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: August 31, 2021             Respectfully submitted,

                                   TRACY L. WILKISON
                                   Acting United States Attorney

                                   SCOTT M. GARRINGER
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                   */s/ Joseph S. Green*
                                   Joseph S. Green
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

I am BRIAN JAVAADE MESHKIN's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 25, 2022 is an informed and voluntary one.

| */s/ Jason de Bretteville* | August 30, 2021 |
|---|---|
| Jason de Bretteville<br>Shawn Collins<br>Attorneys for Defendant<br>BRIAN JAVAADE MESHKIN | Date |

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 25, 2022. I understand that I will be ordered to appear in Courtroom 10A of the Federal Courthouse, 411 W. 4th Street, Santa Ana, California on September 23, 2022, at 11:30 a.m.

| [signature] | August 30, 2021 |
|---|---|
| BRIAN JAVAADE MESHKIN<br>Defendant | Date |

I am STEVEN SAMUEL FICHTELBERG's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 25, 2022 is an informed and voluntary one.

_____    8/31/21
Ismail Ramsey                       Date
Attorney for Defendant
STEVEN SAMUEL FICHTELBERG


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 25, 2022. I understand that I will be ordered to appear in Courtroom 10A of the Federal Courthouse, 411 W. 4th Street, Santa Ana, California on September 23, 2022, at 11:30 a.m.

_____    8/30/2021
STEVEN SAMUEL FICHTELBERG           Date
Defendant

8

I am KIRT THOMAS PFAFF's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 25, 2022 is an informed and voluntary one.

_____     _____8/31/2021_____
Frank Sanchez                      Date
Attorney for Defendant
KIRT THOMAS PFAFF


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 25, 2022. I understand that I will be ordered to appear in Courtroom 10A of the Federal Courthouse, 411 W. 4th Street, Santa Ana, California on September 23, 2022, at 11:30 a.m.

_____     _____Aug 31 '21_____
KIRT THOMAS PFAFF                  Date
Defendant

1  I am BRUCE WALTER GARDNER's attorney. I have carefully
2  discussed every part of this stipulation and the continuance of the
3  trial date with my client. I have fully informed my client of his/her
4  Speedy Trial rights. To my knowledge, my client understands those
5  rights and agrees to waive them. I believe that my client's decision
6  to give up the right to be brought to trial earlier than October 25,
7  2022 is an informed and voluntary one.

*Karen L. Goldstein*        8/30/21
Karen L. Goldstein        Date
Attorney for Defendant
BRUCE WALTER GARDNER


12  I have read this stipulation and have carefully discussed it
13  with my attorney. I understand my Speedy Trial rights. I voluntarily
14  agree to the continuance of the trial date, and give up my right to
15  be brought to trial earlier than October 25, 2022. I understand that
16  I will be ordered to appear in Courtroom 10A of the Federal
17  Courthouse, 411 W. 4th Street, Santa Ana, California on September 23,
18  2022, at 11:30 a.m.

_____     8-30-2021
BRUCE WALTER GARDNER     Date
Defendant

11

I am DANIEL RONALD KENDALL's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 25, 2022 is an informed and voluntary one.

*/s/*                                        August 30, 2021

Steven M. Bauer
Jake Ryan
Katherine Sawyer
Attorneys for Defendant
DANIEL RONALD KENDALL

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 25, 2022. I understand that I will be ordered to appear in Courtroom 10A of the Federal Courthouse, 411 W. 4th Street, Santa Ana, California on September 23, 2022, at 11:30 a.m.

*/s/*                                        August 30th 2021

DANIEL RONALD KENDALL
Defendant

11

I am ABRAHAM ALAN CHERRICK's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 25, 2022 is an informed and voluntary one.

_/s/ McNamara_                          8/30/2021
Thomas W. McNamara                      Date
Sanjay Bhandari
Attorneys for Defendant
ABRAHAM ALAN CHERRICK

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 25, 2022. I understand that I will be ordered to appear in Courtroom 10A of the Federal Courthouse, 411 W. 4th Street, Santa Ana, California on September 23, 2022, at 11:30 a.m.

_/s/ Abraham Alan Cherrick_              8/30/2021
ABRAHAM ALAN CHERRICK                    Date
Defendant

1    I am LESTER ALAN ZUCKERMAN's attorney. I have carefully
2 discussed every part of this stipulation and the continuance of the
3 trial date with my client. I have fully informed my client of his
4 Speedy Trial rights. To my knowledge, my client understands those
5 rights and agrees to waive them. I believe that my client's decision
6 to give up the right to be brought to trial earlier than October 25,
7 2022 is an informed and voluntary one.

8    _____    8/30/2021
     Janet I. Levine                    Date
9    Dwight P. Bostwick
     Attorneys for Defendant
10   LESTER ALAN ZUCKERMAN

13   I have read this stipulation and have carefully discussed it
14 with my attorney. I understand my Speedy Trial rights. I voluntarily
15 agree to the continuance of the trial date, and give up my right to
16 be brought to trial earlier than October 25, 2022. I understand that
17 I will be ordered to appear in Courtroom 10A of the Federal
18 Courthouse, 411 W. 4th Street, Santa Ana, California on September 23,
19 2022, at 11:30 a.m.

20   _____    8/30/21
     LESTER ALAN ZUCKERMAN               Date
21   Defendant

14

I am ASSAF TZUR GORDON's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his/her Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 25, 2022 is an informed and voluntary one.

_____     August 30, 2021
Thomas H. Bienert, Jr                 Date
John Littrell
Attorneys for Defendant
ASSAF TZUR GORDON

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 25, 2022. I understand that I will be ordered to appear in Courtroom 10A of the Federal Courthouse, 411 W. 4th Street, Santa Ana, California on September 23, 2022, at 11:30 a.m.

_____     8/30/21
ASSAF TZUR GORDON                     Date
Defendant

14

I am OSSAMA ANTOINE JAWHAR's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his/her Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 25, 2022 is an informed and voluntary one.

_/s/ Philip C. Tencer_  8-30-2021

Philip C. Tencer
Isaac Blumberg
Attorneys for Defendant
OSSAMA ANTOINE JAWHAR

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 25, 2022. I understand that I will be ordered to appear in Courtroom 10A of the Federal Courthouse, 411 W. 4th Street, Santa Ana, California on September 23, 2022, at 11:30 a.m.

_/s/ Ossama Jawhar_  8-30-2021

OSSAMA ANTOINE JAWHAR
Defendant

15