UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>BRIAN JAVAADE MESHKIN (1),<br>STEVEN SAMUEL FICHTELBERG (2),<br>KIRT THOMAS PFAFF (3),<br>BRUCE WALTER GARDNER (4),<br>DANIEL RONALD KENDALL (5),<br>ABRAHAM ALAN CHERRICK (6),<br>LESTER ALAN ZUCKERMAN (7),<br>ASSAF TZUR GORDON (8),<br>OSSAMA ANTOINE JAWHAR (9),<br><br>            Defendants. | No. 8:21-CR-00112-JLS<br><br><u>ORDER CONTINUING TRIAL DATES AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u><br><br>**TRIAL DATE: 10/25/2022**<br><br>STATUS CONFERENCE: 9/23/2022 |

   The Court has read and considered the Stipulation Regarding Request to (1) Continue Trial Dates and (2) Find Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on August 31, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial dates in this matter,

and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and due to the unusual and complex nature of the case in consideration of the volume of discovery and number of defendants.

THEREFORE, FOR GOOD CAUSE SHOWN:

**1.  The trial in this matter for all defendants except defendant Zuckerman is continued from September 7, 2021 to October 25, 2022 at 9:00 a.m.  The trial for defendant Zuckerman, presently scheduled for September 28, 2021, is also continued to October 25, 2022 at 9:00 a.m.  A status conference hearing is set for all defendants on September 23, 2022, at 11:30 a.m.  The status conference for defendant Zuckerman presently set for September 17, 2021 is vacated.**

2.   The time period of September 7, 2021 (and September 28, 2021 for defendant Zuckerman) to October 25, 2022, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(ii).

3.   Defendants shall appear in Courtroom 10A of the Federal Courthouse, 411 W. 4th Street, Santa Ana, California on September 23, 2022 at 11:30 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

September 01, 2021
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

Presented by:

   */s/ Joseph S. Green*
JOSEPH S. GREEN
Assistant United States Attorney