```
1  RANDY S. GROSSMAN
   United States Attorney
2  JOSEPH S. GREEN (Cal. Bar No. 251169)
   GEORGE V. MANAHAN (Cal. Bar No. 239130)
3  JOSHUA C. MELLOR (Cal. Bar No. 255870)
   Assistant United States Attorneys
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-6955
   Email: joseph.green@usdoj.gov
6
   Attorneys for United States of America
7

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,           | No. 8:21-CR-0112-JLS |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' MOTION TO DISMISS INDICTMENT |
| STEVEN SAMUEL FICHTELBERG (2), KIRT THOMAS PFAFF (3), BRUCE WALTER GARDNER (4), | Judge: Hon. Josephine L. Staton |
| Defendants. | |

Plaintiff United States of America, by and through its counsel from the United States Attorney's Office for the Southern District of California, Assistant United States Attorneys Joseph S. Green, George V. Manahan, and Joshua C. Mellor, hereby respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss, without prejudice, the Indictment against STEVEN SAMUEL FICHTELBERG, KIRT THOMAS PFAFF, and BRUCE WALTER GARDNER as they have reached Nonprosecution Agreements with the United States.

Dated: July 29, 2022

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

*/s/ Joshua C. Mellor*
JOSEPH S. GREEN
GEORGE V. MANAHAN
JOSHUA C. MELLOR
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA