# NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BRIAN JAVAADE MESHKIN (1),<br>DANIEL RONALD KENDALL (5),<br>ABRAHAM ALAN CHERRICK (6),<br>LESTER ALAN ZUCKERMAN (7),<br>ASSAF TZUR GORDON (8),<br>OSSAMA ANTOINE JAWHAR (9),<br><br>　　　　Defendants. | No. 8:21-CR-0112-JLS<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTIONS [250]<br><br>Judge: Hon. Josephine L. Staton |

　　　Pursuant to the Government's motion, and for good cause shown, the Court GRANTS the Government's Motion to Enlarge Time to Respond to Defendants' Motions filed on December 9, 2022, to wit: Docket Numbers 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234, 235, 237, and 239. The Government's responses to these motions are due December 23, 2022.

　　　Defendants' deadline to respond to the Government's Motions in Limine 1-9, Docket Number 236, is likewise extended to December 23, 2022.

Reply briefs are due no later than Thursday, January 5, 2023. A hearing on these motions and the status conference are CONTINUED from January 6, 2023 to January 13, 2023 at 1:30 p.m.

IT IS SO ORDERED.

Dated: December 15, 2022

_____
Hon. Josephine L. Staton
United States District Judge