UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:21-CR-0112-JLS |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS PURSUANT TO RULE 48(a) |
| BRIAN JAVAADE MESHKIN (1), DANIEL RONALD KENDALL (5), ABRAHAM ALAN CHERRICK (6), LESTER ALAN ZUCKERMAN (7), ASSAF TZUR GORDON (8), OSSAMA ANTOINE JAWHAR (9), | Judge: Hon. Josephine L. Staton |
| Defendants. | |

Pursuant to the Government's motion, the indictment against Defendants Brian Javaade Meshkin (1), Daniel Ronald Kendall (5), Abraham Alan Cherrick (6), Lester Alan Zuckerman (7), Assaf Tzu Gordon (8), and Ossama Antoine Jawar (9), is hereby dismissed in the interests of justice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

Dated: _____, 2022    _____
                                    Hon. Josephine L. Staton
                                    United States District Judge