UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>BRIAN JAVAADE MESHKIN (1),<br>DANIEL RONALD KENDALL (5),<br>ABRAHAM ALAN CHERRICK (6),<br>LESTER ALAN ZUCKERMAN (7),<br>ASSAF TZUR GORDON (8),<br>OSSAMA ANTOINE JAWHAR (9),<br><br>            Defendants. | No. 8:21-CR-0112-JLS<br><br>[PROPOSED] AMENDED ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS PURSUANT TO RULE 48(a)<br><br>Judge: Hon. Josephine L. Staton |

Pursuant to the Government's motion, the indictment against Defendants Brian Javaade Meshkin (1), Daniel Ronald Kendall (5), Abraham Alan Cherrick (6), Lester Alan Zuckerman (7), Assaf Tzur Gordon (8), and Ossama Antoine Jawhar (9), is hereby dismissed in the interests of justice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

Dated: _____, 2023         _____
                                            Hon. Josephine L. Staton
                                            United States District Judge